UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CHELSEA GENTRY,

    Plaintiff,

                                      CASE NO 1:17-CV-00914-JEO

vs.

HIGHLAND HEALTH SYSTEMS,

    Defendant.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

      The Plaintiff, Chelsea Gentry, and Highland Health Systems, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice.  The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.  Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

      WHEREFORE, the parties move this Court for the entry of a Final Order.

      Dated this 3rd day of August, 2017.

| | |
|---|---|
| Edward I. Zwilling, Esq. | Whitney R. Brown, Esq. |
| ASB-1564-L54E | ASB-4431-H71B |
| Schwartz Roller & Zwilling | Lehr Middlebrooks Vreeland |
| 600 Vestavia Parkway, Suite 251 |   & Thompson, P.C. |
| Birmingham, Alabama, 35216 | P.O. Box 11945 |
| Telephone: (205) 822-2701 | Birmingham, AL 35202 |
| Facsimile:  (205) 822-2702 | Telephone:  (205) 326-3002 |
| Email: ezwilling@szalaw.com | Facsimile:   (205) 326-3008 |
| | Email: wbrown@lehrmiddlebrooks.com |
| | |
| By:  *s/ Edward I. Zwilling* | By:  *s/ Whitney R. Brown* |
|       Edward I. Zwilling |       Whitney R. Brown |