# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| CHELSEA GENTRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO 1:17-cv-00914-JEO |
| | ) | |
| HIGHLAND HEALTH SYSTEMS, | ) | |
| | ) | |
| Defendant. | ) | |

## **FINAL ORDER**

This matter is before consideration of this Court upon the parties "Joint Stipulation of Dismissal With Prejudice." (Doc. 3).  Upon consideration, it is **ORDERED AND ADJUDGED** that:

1. This action be and same is hereby dismissed against the defendant with prejudice;

2. The court shall retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties; and

3. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

**DONE,** this the 3rd day of August, 2017.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge

1